**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** __II__    **Investigating Agency** __FBI__

**City** __Quincy__     **Related Case Information:**

**County** __Norfolk__

Superseding Ind./ Inf. _____    Case No. __23-mj-4472-DHH__
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number __See Attached__
Search Warrant Case Number
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: __Hui Zhang__    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) __Quincy, MA__

Birth date (Yr only): __1982__   SSN (last4#): __7564__   Sex __M__   Race: _____   Nationality: _____

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __William F. Abely__    Bar Number if applicable __660281__

**Interpreter:** ☑ Yes ☐ No    List language and/or dialect: __Mandarin__

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __09/05/2023__    Signature of AUSA: __/s/ William F. Abely__

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): 23-mj-4472-DHH

**Name of Defendant**   Hui Zhang

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1344 | Bank Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  Search Warrant Case Numbers: 23-mj-4365-DHH; 23-mj-4462-DHH; 23-mj-4473-DHH

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013